FRANK MAURIZZIO, JR., Appellant, v LUMBERMENS MUTUAL CASUALTY CO., Respondent.

Thompson, J. P., Lawrence, Spatt and Harwood, JJ., concur.